

**Supreme Court**
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
   JOHN L. WEIMER      Sixth District
JUSTICES
   WILLIAM J. CRAIN      First District
   SCOTT J. CRICHTON      Second District
   JAMES T. GENOVESE      Third District
   JAY B. MCCALLUM      Fourth District
   JEFFERSON D. HUGHES III      Fifth District
   PIPER D. GRIFFIN      Seventh District

RECEIVED
VERONICA O. KOCLANES
CLERK OF COURT

400 Royal St., Suite 4200
NEW ORLEANS, LA 70130-8102

DEC 01 2022

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

November 28, 2022

22-mc-212

No pending cases

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

         Re:    *In Re: Nicholas Greene*
                Louisiana Bar Roll no. 32481
                La. Supreme Court docket no. 2022-OB-01523

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **November 22, 2022.**

With kindest regards, I remain,

                        Very truly yours,

                        Veronica O. Koclanes
                        Clerk of Court

              By:    Ryan Chan
                    Deputy Clerk

RC:pal
Enclosure
ccs:    Hon. Lyle W. Cayce, Clerk,
       U.S. Court of Appeals, Fifth Circuit
       Carol Michel, Clerk, USDC, Eastern District
       Hon. Michael McConnell, Clerk, USDC, Middle District
       Hon. Tony R. Moore, USDC, Western Dist.
       Charles B. Plattsmier, Disciplinary Counsel
       Michelle LaRose, Director of Finance, LSBA
       Donna Roberts, Administrator, Disciplinary Board
       U.S. Surface Transportation Board
       Regional Director, IRS
       Sandra Vujnovich, Judicial Administrator
       Scott T. Morris, Off. of General Counsel, Social Security Administration
       Cynthia Cotton, Notarial Division, Secretary of State Office
       Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

       Hon. Rodd Naquin
       Clerk, 1st Circuit Ct. Of Appeal
       Hon. Robin Norman Jones
       Clerk, 2nd Circuit Ct. Of Appeal
       Hon. Renee Simien
       Clerk, 3rd Circuit Ct. Of Appeal
       Hon. Justin I. Woods
       Clerk, 4th Circuit Ct. Of Appeal
       Hon. Curtis Pursell
       Clerk, 5th Circuit Ct. Of Appeal

# The Supreme Court of the State of Louisiana

**IN RE: NICHOLAS GREENE**

No. 2022-OB-01523

---

IN RE: Nicholas J. Greene - Applicant Other; Petition for Voluntary Resignation from the Practice of Law;

---

**November 22, 2022**

Petition for voluntary resignation from the practice of law granted. See order.

       JTG
       JLW
       JDH
       SJC
       WJC
       JBM
       PDG

Supreme Court of Louisiana
November 22, 2022

*Katie Marianouic*
Chief Deputy Clerk of Court
  For the Court

SUPREME COURT OF LOUISIANA

NO. 2022-OB-1523

IN RE: NICHOLAS J. GREENE

ORDER

Considering the Petition for Voluntary Resignation from the Practice of Law filed by petitioner, Nicholas J. Greene,

IT IS ORDERED that the petition of Nicholas J. Greene, Louisiana Bar Roll number 32481, seeking to voluntarily resign from the practice of law in the State of Louisiana pursuant to Supreme Court Rule XVIII, § 5 be and is hereby granted.

NEW ORLEANS, LOUISIANA, this 22nd day of November, 2022.

FOR THE COURT:

_James T. Genovese_
JUSTICE, SUPREME COURT OF LOUISIANA